# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**JUSTIN HAMBLIN**  PLAINTIFF

v.  No. 4:18-cv-608-DPM

**DOC HOLLADAY, Pulaski County
Jail, and PULASKI COUNTY JAIL**  DEFENDANTS

## ORDER

Unopposed recommendation, № 8, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Hamblin's complaint will be dismissed without prejudice for failure to state a claim. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

14 November 2018