IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JUSTIN HAMBLIN                                                    PLAINTIFF

v.                     No. 4:18-cv-608-DPM

DOC HOLLADAY, Pulaski County
Jail, and PULASKI COUNTY JAIL                                    DEFENDANTS

## JUDGMENT

Hamblin's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

14 November 2018